Ernest Schulman, Respondent, v. Joseph Eskind, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

General Silk Importing Company, Inc., Appellant, v. Navigazione Generale Italiana, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Clara B. Miller, Appellant, v. Julius Miller, Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Fidelis Securities and Brokerage Corporation, Respondent, v. Liverpool and London and Globe Insurance Company, Ltd., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Fidelis Securities and Brokerage Corporation, Respondent, v. Liverpool and London and Globe Insurance Company, Ltd., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

William Carroll & Co., Inc., Appellant, v. Newmark Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Carrie David, Respondent, v. Irwin W. David, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

The Austin Company, Appellant, v. Fannie London and Louis Hyman, as Executors, etc., of Samuel London, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Irene M. Kline, Respondent, v. Harry D. Kline, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Henry Sanderson, Appellant, for a Peremptory Order of Mandamus against J. Horace Harding and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to the respondent Philemon Dickinson. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of Carl Byoir for an Inspection of the Books and Records of the Penn Commercial Corporation of America.— Order modified by striking out the provision for the nomination of an accountant by the respondent, and the provision limiting the examination to one Saturday afternoon, and by providing that the petitioner may be accompanied by his own accountant, and that the examination shall proceed on successive Saturday afternoons until completed; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.